# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ANTONIO BARKER,<br><br>　　*Plaintiff*,<br><br>v.<br><br>ALBERTO FERRER, *et al.*,<br><br>　　*Defendants.* | CIVIL ACTION NO.<br>5:21-cv-00381-TES |

## ORDER

Plaintiff Antonio Barker filed a Complaint [Doc. 1] against Defendants Ferrer, Gatlin, Gonzalez, and Davis alleging violations of his Fourth, Eighth, and Fourteenth Amendment rights. As a result, Plaintiff seeks monetary damages pursuant to 42 U.S.C. § 1983. Plaintiff also brings a state law claim of assault and battery against Defendant Ferrer. However, Plaintiff has neither paid the $402.00 fee for filing a civil action nor moved to proceed *in forma pauperis* in this case. A Plaintiff seeking to proceed *in forma pauperis* must submit an affidavit supporting his claim of indigence. *See* 28 U.S.C. § 1915(a)(1). "Despite the statute's use of the phrase 'prisoner possesses,' the affidavit requirement applies to all persons requesting leave to proceed [*in forma pauperis*]." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004).

Accordingly, Petitioner is **ORDERED** to either pay the filing fee or move to proceed in this action *in forma pauperis*. Plaintiff shall have **21 days** from the date of this Order to either pay the $402.00 fee or file a proper and complete motion to proceed *in forma pauperis*. Plaintiff's failure to fully and timely comply with this Order may result in the dismissal of this action.

**SO ORDERED**, this 2nd day of November, 2021.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**